IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
DEC 17 2007
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By ______

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:07CR423-1 |
| | : | |
| TREVOR SAMUEL JOHNSON | : | |

The Grand Jury charges:

COUNT ONE

On or about February 10, 2007, in the County of Richmond, in the Middle District of North Carolina, TREVOR SAMUEL JOHNSON, having been convicted on September 29, 2003, in the Supreme Court of Kings County, Brooklyn, New York, of a crime punishable by imprisonment for a term exceeding one year, that is, criminal possession of stolen property 3rd degree (two counts), knowingly did possess in commerce and affecting commerce firearms, that is, a Smith and Wesson .357 caliber revolver, serial number AAL0464, a Glock 9mm semiautomatic handgun, model 26, serial number GVX511, a Norinco .45 caliber pistol, serial number 410072, a Jimenez .380 caliber semiautomatic handgun, serial number 047024, and a Ruger .300 caliber rifle, serial number 78355764; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about March 21, 2007, in the County of Richmond, in the Middle District of North Carolina, TREVOR SAMUEL JOHNSON, having been convicted on September 29, 2003, in the Supreme Court of Kings

County, Brooklyn, New York, of a crime punishable by imprisonment for a term exceeding one year, that is, criminal possession of stolen property 3rd degree (two counts), knowingly did possess in commerce and affecting commerce firearms, that is, a Bryco Arms 9mm semiautomatic handgun, model Jennings, serial number 1587279, and a Lorcin .380 caliber semiautomatic handgun, model L380, serial number 458457; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

LISA B. BOGGS
ASSISTANT UNITED STATES ATTORNEY

ANNA MILLS WAGONER
UNITED STATES ATTORNEY